UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JANE DOE NO. 68 and MOTHER DOE,**

    **Plaintiffs,**

v.                                            Case No: 6:17-cv-1135-Orl-41KRS

**THE SCHOOL BOARD OF ORANGE COUNTY, FLORIDA,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Amended Motion to Strike Defendant's Affirmative Defenses ("Amended Motion," Doc. 25). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation (Doc. 31), in which she recommends that the Amended Motion be granted in part.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Amended Motion to Strike Defendant's Affirmative Defenses (Doc. 25) is **GRANTED in part**.

3. Defendant's Ninth and Sixteenth affirmative defenses are **STRICKEN**.

4. Plaintiff's Amended Motion to Strike Defendant's Affirmative Defenses is **DENIED** in all other respects.

**DONE** and **ORDERED** in Orlando, Florida on November 27, 2017.



Copies furnished to:

Counsel of Record